<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 13-1652**

───────────────

TORRIE JOHNSON,

             Plaintiff – Appellant,

        v.

BALTIMORE CITY POLICE DEPARTMENT; FREDERICK BEALEFELD,
Police Commissioner Individually and as Police Commissioner
of the Baltimore City Police Department; ADAM LONG, Police
Officer, Sequence #F648 Individually and as a Police
Officer of the Baltimore City Police Department; BERNARD
TAYLOR, Police Officer, Sequence #1635 Individually and as
a Police Officer of the Baltimore City Police Department;
JOHN AND JANE DOES 1-10, Individually and as Currently
Unknown Police Officers of the Baltimore City Police
Department; RICHARD AND JANE ROES 1-10, Individually and as
Currently Unknown Supervisors of the Baltimore City Police
Department; LYNETTE MORTON, Parking Control Agent Baltimore
City Department of Transportation; LINDA MCCLELAN, Parking
Control Agent Baltimore City Department of Transportation;
JAMES DOE, Director, Individually and as Currently Unknown
Director(on May 1, 2010) of Baltimore City Department of
Transportation; MAYOR AND CITY COUNCIL OF BALTIMORE,

             Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:12-cv-00646-WDQ)

───────────────

Submitted: July 25, 2013            Decided: July 29, 2013

───────────────

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

—————————————

Torrie Johnson, Appellant Pro Se. Christopher Constantine Sakles, BALTIMORE CITY POLICE DEPARTMENT, Towson, Maryland; Danielle Grilli Marcus, WHITEFORD, TAYLOR & PRESTON, LLP, Thurman Wilbert Zollicoffer, Jr., City Solicitor, Baltimore, Maryland, for Appellees.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torrie Johnson seeks to appeal the district court's order denying Johnson's motions to appoint counsel, to extend the time to file her amended complaint, to strike the answer, to file a surreply to the answer, and to modify the scheduling order. The Appellees McLean and Morton have moved to dismiss the appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appelees' motion and dismiss the appeal for lack of jurisdiction. We deny Johnson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED